**IN THE US DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION**

| | | |
|---|---|---|
| **ADAM JOSHUA BOEY,** | : | **CASE NO. 1:24-CV-00232** |
| | : | |
| Plaintiff, | : | **JUDGE DAN AARON POLSTER** |
| | : | |
| vs. | : | |
| | : | **ANSWER OF DEFENDANTS,** |
| **BRUNSWICK HILLS TOWNSHIP,** | : | **BRUNSWICK HILLS TOWNSHIP AND** |
| et al. | : | **THEODORE A. MAKRINOS** |
| | : | |
| Defendants. | : | **JURY DEMAND ENDORSED HEREON** |

NOW COME DEFENDANTS, Brunswick Hills Township, by and through its trustees, and Theodore A. Makrinos, by and through their undersigned counsel, and for their Answer to Plaintiff's Complaint herein aver:

**FIRST DEFENSE**

1. Plaintiff's Complaint fails to state a claim against these answering Defendants upon which relief can be granted.

**SECOND DEFENSE**

2. These Defendants admit the allegations set forth in paragraphs 8 and 22 of Plaintiff's Complaint.

3. These Defendants deny the allegations set forth in paragraphs 3, 4, 6, 40, 41, 42, 45, 52, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 114, 115, 116, 117, 118, 119, 120, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136,

1

137, 138, 139, 140. 141, 142, 143, and 144 of Plaintiff's Complaint.

4. These Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraphs 1, 2, 7, 11, 12, 13, 16, 17, 18, 19, 20, 21, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 43, 44, 46, 47, 48, 49, 50, 51, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 73, 74, 111, 112, and 113, and for lack of said knowledge or information hereby deny the same.

5. These Defendants admit that a public records request was submitted; however, these Defendants deny the remaining allegations set forth in paragraph 5 of Plaintiff's Complaint.

6. These Defendants admit that Przemyslaw Piekut was employed by the Brunswick Hills Police Department; however, these Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in paragraph 8 of Plaintiff's Complaint and for lack of said knowledge or information hereby deny the same.

7. These Defendants admit that Defendant Theodore A. Makrinos was and is a police officer with the Brunswick Hills Township Police Department and further answering state that they are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in paragraph 10 of Plaintiff's Complaint and for lack of said knowledge or information hereby deny the same.

8. These Defendants admit that jurisdiction is proper in this Court but are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in paragraph 14 of Plaintiff's Complaint and for lack of said knowledge or information hereby deny the same.

9. These Defendants admit that venue is proper in this Court as alleged in paragraph 15 of the Complaint.

**THIRD DEFENSE**

The damages and/or injuries of which Plaintiff complains were caused in whole or in part by Plaintiff or persons or entities over whom these answering Defendants had no legal responsibility to exercise control.

**FOURTH DEFENSE**

Plaintiff has failed to mitigate his damages and to the extent of said failure his damages claims are barred.

**FIFTH DEFENSE**

Plaintiff's claims are barred by the applicable statute of limitations.

**SIXTH DEFENSE**

All the actions of these Defendants were supported by reasonable suspicion and/or probable cause and thus were lawful and not subject to any actionable claim by Plaintiff.

**SEVENTH DEFENSE**

Plaintiff failed to follow police commands and to the extent his conduct resulted in a police encounter, said encounter was caused by Plaintiff's own conduct.

**EIGHTH DEFENSE**

The allegations in Plaintiff's Complaint are barred under the principles of qualified immunity.

**NINTH DEFENSE**

The allegations in Plaintiff's Complaint are barred under principles of state immunity pursuant to Ohio Revised Code §2744.01, *et seq.*, and the common law of Ohio.

**TENTH DEFENSE**

The allegations in Plaintiff's Complaint are barred based upon Plaintiff's assumption of the risk, both primary and secondary, as well as Plaintiff's failure to follow police directives, and failure

to abide by lawful police commands, as well as other actions in which Plaintiff knowingly violated police orders, all of which bar Plaintiff's claims for damages.

### ELEVENTH DEFENSE

The allegations in Plaintiff's Complaint are barred under principles of waiver, estoppel, and/or consent.

### TWELFTH DEFENSE

The damages of which Plaintiff complains are caused in whole or in part by the person over whom Plaintiff does not seek recovery, and any alleged damages may be reduced based upon the tortious conduct of these individuals pursuant to Ohio Revised Code §2307.23.

### THIRTEENTH DEFENSE

Defendants, Brunswick Hills Township and Theodore Makrinos, are entitled to a deduction and setoff against any damages, if any, sustained by Plaintiff as provided under Ohio law, pursuant to Ohio Revised Code §2744.01, *et seq.,* and other applicable sections of the Revised Code, and for any benefits received from any policy or policies of insurance or other sources.

### FOURTEENTH DEFENSE

Plaintiff has failed to abide by the Court's Order to complete documents necessary for appropriate service of process upon these named Defendants and to the extent of said failure, these Defendants assert an affirmative defense of failure of process and failure of service of process and thus request that Plaintiff's Complaint be dismissed.

WHEREFORE, having fully answered, Defendants, Brunswick Hills Township and Theodore A. Makrinos, demand that Plaintiff's Complaint be dismissed with costs against Plaintiff.

### JURY DEMAND

These Defendants demand a trial by jury as to all issues of the within matter.

Respectfully Submitted,

*/s/ Mel L. Lute, Jr.*
Gregory A. Beck (0018260)
Mel L. Lute, Jr. (0046752)
BAKER | DUBLIKAR
400 South Main Street
North Canton, Ohio 44720
Telephone: (330) 499-6000
Telecopier: (330) 499-6423
Email: beck@bakerfirm.com
lute@bakerfirm.com
***Counsel for Defendants, Brunswick Hills Township and Theodore A. Makrinos***

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and accurate copy of the foregoing **ANSWER** was served by electronic transmission and/or regular US Mail on the following individuals this 13th day of March, 2024.

Matthew A. Dooley
Douglas G. Walters
Dooley, Gembala, McLaughlin
   & Pecora Co., LPA
5455 Detroit Road
Sheffield Village, Ohio 44054
Email: mdooley@dooleygembala.com
       dwalters@dooleygembala.com
***Attorneys for Plaintiff, Adam Joshua Boey***

Defendant, City of Brunswick
4095 Center Road
Brunswick, Ohio 44212

Defendant, Przemyslaw Piekut
c/o Brunswick Hills Police Department
505 Substation Road
Brunswick Hills, Ohio 44212

Defendant Daren Lubinsky
c/o Brunswick Police Department
4095 Center Road
Brunswick, Ohio 44212

Jonathan A. Osborne
c/o Brunswick Police Department
4095 Center Road
Brunswick, Ohio 44212

                          */s/ Mel L. Lute, Jr.*
                          Gregory A. Beck (0018260)
                          Mel L. Lute, Jr. (0046752)