# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Adam Joshua Boey, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 1:24-cv-00232 |
| | : | |
| Brunswick Hills Township, et al., | : | Judge Dan Aaron Polster |
| | : | |
| Defendants. | : | |

## DEFENDANT PRZEMYSLAW PIEKUT'S ANSWER TO PLAINTIFF'S COMPLAINT
### (Jury Demand Endorsed Hereon)

Now come Defendant Przemyslaw Piekut ("Defendant"), by and through counsel, hereby responds to Plaintiff's Complaint in like-numbered paragraphs as follows:

## FIRST DEFENSE

### NATURE OF THE ACTION

1.      Defendant denies the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.      Defendant denies the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.      Defendant denies the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.      Defendant denies the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.      Defendant denies he commenced any harassment or other conduct referenced in the paragraph. The remaining allegations are denied for want of knowledge.

6.      There are no factual allegations in Paragraph 6 of Plaintiff's Complaint; otherwise, denied.

### PARTIES

7.      Defendant denies for want of knowledge the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.      Defendant denies for want of knowledge the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.      Defendant admits he was employed as stated. The remaining allegations are denied for want of knowledge.

10.     Defendant denies for want of knowledge the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.     Defendant denies for want of knowledge the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.     Defendant denies for want of knowledge the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.     Defendant denies for want of knowledge the allegations contained in Paragraph 13 of Plaintiff's Complaint.

## JURISDICTION AND VENUE

14.     Paragraph 14 of Plaintiff's Complaint refers to a legal conclusion for which no response is required; otherwise, denied.

15.     Paragraph 15 of Plaintiff's Complaint refers to a legal conclusion for which no response is required; otherwise, denied.

## FACTUAL ALLEGATIONS

16.     Defendant denies for want of knowledge the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17.     Defendant denies for want of knowledge the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.     Defendant denies for want of knowledge the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.     Defendant denies for want of knowledge the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.     Defendant denies for want of knowledge the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.     Defendant denies for want of knowledge the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22.     Defendant denies for want of knowledge the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.     Defendant denies for want of knowledge the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24.     Defendant denies for want of knowledge the allegations contained in Paragraph 24 of Plaintiff's Complaint.

25.     Defendant denies for want of knowledge the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26.     Defendant denies for want of knowledge the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27.     Defendant denies for want of knowledge the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28.     Defendant denies for want of knowledge the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29.     Defendant denies for want of knowledge the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30.     Defendant denies for want of knowledge the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31.     Defendant denies for want of knowledge the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32.     Defendant denies for want of knowledge the allegations contained in Paragraph 32 of Plaintiff's Complaint.

33.     Defendant denies for want of knowledge the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34.     Defendant denies for want of knowledge the allegations contained in Paragraph 34 of Plaintiff's Complaint.

35.     Defendant denies the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36.     Defendant admits that a lawful detention occurred. The remaining allegations contained in Paragraph 36 are denied.

37.     Defendant denies for want of knowledge the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.     Defendant denies for want of knowledge the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39.     Defendant denies the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40.     Defendant denies for want of knowledge the allegations contained in Paragraph 40 of Plaintiff's Complaint.

4

41.     Defendant denies for want of knowledge the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42.     Defendant denies for want of knowledge the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43.     Defendant denies the allegations contained in Paragraph 43 of Plaintiff's Complaint.

44.     Defendant denies the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45.     Defendant admits he attempted to identify Plaintiff during a lawful detention. The remaining allegations contained in Paragraph 45 of Plaintiff's Complaint are denied.

46.     Defendant admits he attempted to identify Plaintiff during a lawful detention. The remaining allegations contained in Paragraph 46 of Plaintiff's Complaint are denied.

47.     Paragraph 47 refers to a document that speaks for itself; otherwise, denied.

48.     Defendant denies the allegations contained in Paragraph 47 of Plaintiff's Complaint.

49.     Defendant admits the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50.     Defendant denies for want of knowledge the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51.     Defendant denies for want of knowledge the allegations contained in Paragraph 51 of Plaintiff's Complaint.

52.     Defendant denies the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53.     Paragraph 53 refers to a document that speaks for itself; otherwise, denied.

54.     Defendant denies for want of knowledge the allegations contained in Paragraph 54 of Plaintiff's Complaint.

55.     Defendant denies for want of knowledge the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56.     Defendant denies for want of knowledge the allegations contained in Paragraph 56 of Plaintiff's Complaint.

57.     Defendant denies for want of knowledge the allegations contained in Paragraph 57 of Plaintiff's Complaint.

58.     Defendant denies for want of knowledge the allegations contained in Paragraph 58 of Plaintiff's Complaint.

59.     Defendant denies for want of knowledge the allegations contained in Paragraph 59 of Plaintiff's Complaint.

60.     Defendant denies for want of knowledge the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61.     Defendant denies for want of knowledge the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62.     Defendant denies for want of knowledge the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63.     Defendant denies for want of knowledge the allegations contained in Paragraph 63 of Plaintiff's Complaint.

64.     Defendant denies for want of knowledge the allegations contained in Paragraph 64 of Plaintiff's Complaint.

65.     Defendant denies the allegations contained in Paragraph 65 of Plaintiff's Complaint.

66.     Defendant denies for want of knowledge the allegations contained in Paragraph 66 of Plaintiff's Complaint.

## FIRST CAUSE OF ACTION
### 42 U.S.C. § 1983 – Fourth Amendment: Unlawful Detainment
### (Against Defendants Piekut, Osborne, and Makrinos)

67.     Defendant reincorporates all previous responses and denials as if fully rewritten herein.

68.     Defendant denies the allegations contained in Paragraph 68 of Plaintiff's Complaint.

69.     Defendant denies the allegations contained in Paragraph 69 of Plaintiff's Complaint.

70.     Paragraph 70 of Plaintiff's Complaint refers to a legal conclusion for which no response is required; otherwise, denied.

71.     Defendant denies the allegations contained in Paragraph 71 of Plaintiff's Complaint.

72.     Defendant denies the allegations contained in Paragraph 72 of Plaintiff's Complaint.

73.     Defendant denies the allegations contained in Paragraph 73 of Plaintiff's Complaint.

74.     Defendant denies for want of knowledge the allegations contained in Paragraph 74 of Plaintiff's Complaint.

75.     Defendant denies the allegations contained in Paragraph 75 of Plaintiff's Complaint.

76.     Defendant denies the allegations contained in Paragraph 76 of Plaintiff's Complaint.

77.     Defendant denies the allegations contained in Paragraph 77 of Plaintiff's Complaint.

## SECOND CAUSE OF ACTION
### 42 U.S.C. § 1983 – Fourth Amendment: Unlawful Search and Seizure
### (Against Defendants Piekut, Osborne, and Makrinos)

78.     Defendant reincorporates all previous responses and denials as if fully rewritten herein.

79.     Defendant denies the allegations contained in Paragraph 79 of Plaintiff's Complaint.

80.     Defendant denies the allegations contained in Paragraph 80 of Plaintiff's Complaint.

81.     Defendant denies the allegations contained in Paragraph 81 of Plaintiff's Complaint.

82.    Defendant denies the allegations contained in Paragraph 82 of Plaintiff's Complaint.

83.    Defendant denies the allegations contained in Paragraph 83 of Plaintiff's Complaint.

84.    Defendant denies the allegations contained in Paragraph 84 of Plaintiff's Complaint.

85.    Defendant denies the allegations contained in Paragraph 85 of Plaintiff's Complaint.

86.    Defendant denies the allegations contained in Paragraph 86 of Plaintiff's Complaint.

87.    Defendant denies the allegations contained in Paragraph 87 of Plaintiff's Complaint.

88.    Defendant denies the allegations contained in Paragraph 88 of Plaintiff's Complaint.

**THIRD CAUSE OF ACTION**
**42 U.S.C. § 1983 – Fourth Amendment:  Unlawful Arrest**
**(Against Defendants Piekut, Osborne, and Makrinos)**

89.    Defendant reincorporates all previous responses and denials as if fully rewritten

herein.

90.    Defendant denies the allegations contained in Paragraph 90 of Plaintiff's Complaint.

91.    Defendant denies the allegations contained in Paragraph 91 of Plaintiff's Complaint.

92.    Defendant denies the allegations contained in Paragraph 92 of Plaintiff's Complaint.

93.    Defendant denies the allegations contained in Paragraph 93 of Plaintiff's Complaint.

94.    Defendant denies the allegations contained in Paragraph 94 of Plaintiff's Complaint.

95.    Defendant denies the allegations contained in Paragraph 95 of Plaintiff's Complaint.

96.    Defendant denies the allegations contained in Paragraph 96 of Plaintiff's Complaint.

97.    Defendant denies the allegations contained in Paragraph 97 of Plaintiff's Complaint.

98.    Defendant denies the allegations contained in Paragraph 98 of Plaintiff's Complaint.

99.    Defendant denies the allegations contained in Paragraph 99 of Plaintiff's Complaint.

**FOURTH CAUSE OF ACTION**
**42 U.S.C. § 1983 – FIRST AMENDMENT**
**(Against Defendants Piekut, Osborne, and Makrinos)**

100. Defendant reincorporates all previous responses and denials as if fully rewritten herein.

101. Defendant denies the allegations contained in Paragraph 101 of Plaintiff's Complaint.

102. Defendant denies the allegations contained in Paragraph 102 of Plaintiff's Complaint.

103. Defendant denies the allegations contained in Paragraph 103 of Plaintiff's Complaint.

104. Defendant denies the allegations contained in Paragraph 104 of Plaintiff's Complaint.

105. Defendant denies the allegations contained in Paragraph 105 of Plaintiff's Complaint.

106. Defendant denies the allegations contained in Paragraph 106 of Plaintiff's Complaint.

107. Defendant denies the allegations contained in Paragraph 107 of Plaintiff's Complaint.

108. Defendant denies the allegations contained in Paragraph 108 of Plaintiff's Complaint.

**FIFTH CAUSE OF ACTION**
**42 U.S.C. § 1983 – FIRST AMENDMENT**
**(Against Defendant Piekut)**

109. Defendant reincorporates all previous responses and denials as if fully rewritten herein.

110. Defendant denies the allegations contained in Paragraph 110 of Plaintiff's Complaint.

111. Defendant denies the allegations contained in Paragraph 111 of Plaintiff's Complaint.

112. Defendant denies the allegations contained in Paragraph 112 of Plaintiff's Complaint.

113. Defendant denies the allegations contained in Paragraph 113 of Plaintiff's Complaint.

114. Defendant denies the allegations contained in Paragraph 114 of Plaintiff's Complaint.

115. Defendant denies the allegations contained in Paragraph 115 of Plaintiff's Complaint.

116. Defendant denies the allegations contained in Paragraph 116 of Plaintiff's Complaint.

117.    Defendant denies the allegations contained in Paragraph 117 of Plaintiff's Complaint.

118.    Defendant denies the allegations contained in Paragraph 118 of Plaintiff's Complaint.

## SIXTH CAUSE OF ACTION
### 42 U.S.C. § 1983 – FOURTEENTH AMENDMENT
### (Against Defendants Piekut, Osborne, Makrinos and Lubinsky)

119.    Defendant reincorporates all previous responses and denials as if fully rewritten herein.

120.    Defendant denies the allegations contained in Paragraph 120 of Plaintiff's Complaint.

121.    Defendant denies the allegations contained in Paragraph 121 of Plaintiff's Complaint.

122.    Defendant denies the allegations contained in Paragraph 122 of Plaintiff's Complaint.

123.    Defendant denies the allegations contained in Paragraph 123 of Plaintiff's Complaint.

124.    Defendant denies the allegations contained in Paragraph 124 of Plaintiff's Complaint.

125.    Defendant denies the allegations contained in Paragraph 125 of Plaintiff's Complaint.

126.    Defendant denies the allegations contained in Paragraph 126 of Plaintiff's Complaint.

127.    Defendant denies the allegations contained in Paragraph 127 of Plaintiff's Complaint.

128.    Defendant denies the allegations contained in Paragraph 128 of Plaintiff's Complaint.

129.    Defendant denies the allegations contained in Paragraph 129 of Plaintiff's Complaint.

130.    Defendant denies the allegations contained in Paragraph 130 of Plaintiff's Complaint.

131.    Defendant denies the allegations contained in Paragraph 131 of Plaintiff's Complaint.

132.    Defendant denies the allegations contained in Paragraph 132 of Plaintiff's Complaint.

## SEVENTH CAUSE OF ACTION
### 42 U.S.C. § 1983 – (*Monell* Liability)
### (Fourth and Fourteenth Amendments Claims)
### (Against Defendants Brunswick Hills Township and City of Brunswick)

133.    Defendant reincorporates all previous responses and denials as if fully rewritten herein.

134.    There are no factual allegations against this Defendant contained in Paragraph 134 of Plaintiff's Complaint; otherwise, denied.

135.    There are no factual allegations against this Defendant contained in Paragraph 135 of Plaintiff's Complaint; otherwise, denied.

136.    There are no factual allegations against this Defendant contained in Paragraph 136 of Plaintiff's Complaint; otherwise, denied.

137.    There are no factual allegations against this Defendant contained in Paragraph 137 of Plaintiff's Complaint; otherwise, denied.

138.    There are no factual allegations against this Defendant contained in Paragraph 138 of Plaintiff's Complaint; otherwise, denied.

139.    There are no factual allegations against this Defendant contained in Paragraph 139 of Plaintiff's Complaint; otherwise, denied.

140.    There are no factual allegations against this Defendant contained in Paragraph 140 of Plaintiff's Complaint; otherwise, denied.

141.    There are no factual allegations against this Defendant contained in Paragraph 141 of Plaintiff's Complaint; otherwise, denied.

142.    There are no factual allegations against this Defendant contained in Paragraph 142 of Plaintiff's Complaint; otherwise, denied.

143.    There are no factual allegations against this Defendant contained in Paragraph 143 of Plaintiff's Complaint; otherwise, denied.

144.    There are no factual allegations against this Defendant contained in Paragraph 14 of Plaintiff's Complaint; otherwise, denied.

**SECOND DEFENSE**

145.    At all times Defendant acted pursuant to a valid warrant signed by a judicial officer.

**THIRD DEFENSE**

146.    Plaintiff's claims are barred by the statute of limitations.

**FOURTH DEFENSE**

147.    Defendant is immune from suit including legislative immunity, statutory immunity, governmental immunity, judicial immunity or any other immunities under Federal and State law.

**FIFTH DEFENSE**

148.    Plaintiff has failed to exhaust his administrative remedies.

**SIXTH DEFENSE**

149.    Defendant enjoys a qualified and/or absolute immunity, including statutory immunity against state law claims as provided under R.C. § 2307.22, *et seq*. and/or privilege in this case.

**SEVENTH DEFENSE**

150.    The Complaint fails to state a claim upon which relief may be granted.

**EIGHTH DEFENSE**

151.    Defendant denies all allegations contained in the Plaintiff's Complaint, not expressly admitted in this Answer.

**NINTH DEFENSE**

152.    The incident was proximately caused by the sole or contributory or comparative negligence of Plaintiff.

**TENTH DEFENSE**

153.    The incident was proximately caused by the sole or contributory or comparative negligence of others not presently known to this Defendant.

**ELEVENTH DEFENSE**

154.    Plaintiff has failed to mitigate damages, if any.

**TWELFTH DEFENSE**

155.    Plaintiff's claims are barred by the doctrines of waiver, estoppel, laches or by the applicable statutes of limitations.

**THIRTEENTH DEFENSE**

156.    Plaintiff assumed all risks by reason of the manner of her own actions.

**FOURTEENTH DEFENSE**

157.    Defendant's actions were supported by probable cause and/or reasonable suspicion.

**FIFTEENTH DEFENSE**

158.     Plaintiff failed to join necessary and indispensable parties.

**SIXTEENTH DEFENSE**

159.    Plaintiffs' claims for damages violate the due process clauses of the Federal and Ohio Constitutions.

**SEVENTEENTH DEFENSE**

160.    Defendant's actions are protected by a qualified and/or absolute privilege.  This Defendant have judicial immunity, qualified immunity, absolute immunity, a qualified privilege and/or absolute privilege which bars Plaintiff's action.

**EIGHTEENTH DEFENSE**

161.    In the event Defendant is found negligent, such liability is denied and Defendant is only liable for their proportionate share of Plaintiff's alleged damages per R.C. § 2307.22, *et seq*.

**NINETEENTH DEFENSE**

162.    Any allocation of fault by a trier of fact must be consistent with R.C. § 2307.22, *et seq.*, R.C. § 2307.23, *et seq.*

**TWENTIETH DEFENSE**

163.    Any allocation of liability must include the fault of non-parties per R.C. §2307.23, *et seq*.

**TWENTY-FIRST DEFENSE**

164.    Plaintiff's claims are barred by virtue of the doctrines of res judicata, collateral estoppel, claim preclusion and/or issue preclusion.

**TWENTY-SECOND DEFENSE**

165.    Plaintiff's claims are subject to the immunities, defenses, and limitations on damages set forth in Chapter 2744 of the Ohio Revised Code and other applicable statutory immunity.

**TWENTY-THIRD DEFENSE**

166.    At all times, Defendant acted reasonably, in good faith, upon advice of counsel, in accordance with law and/or in the exercise of their statutory duties and responsibilities.

**TWENTY-FOURTH DEFENSE**

167.    Plaintiff's claims should be dismissed because whatever duties Defendant allegedly breached, if any, are duties owed to the public in general and are therefore subject to the "public duty rule."

**TWENTY-FIFTH DEFENSE**

168.    If Plaintiff was injured or damaged, any and all such injury or damage was a proximate result of the intervening and/or superseding acts and/or criminal acts and/or omissions of persons and/or entities not under the control of this Defendant.

Defendant reserves the right to assert additional defenses as facts become known through discovery.

**WHEREFORE,** Defendant prays that Plaintiff's Complaint be dismissed with prejudice and that Plaintiff be ordered to pay all costs and reasonable attorney fees sustained by this Defendant.

Respectfully submitted,

*/s/ Thomas N. Spyker*
Patrick Kasson          (0055570)
Thomas N. Spyker        (0098075)
**REMINGER CO., L.P.A.**
200 Civic Center Drive, 8th Floor
Columbus, Ohio 43215
Phone: (614) 228-1311
Fax:    (614) 232-2410
pkasson@reminger.com
tspyker@reminger.com
*Counsel for Defendant Przemyslaw Piekut*

## JURY DEMAND

Defendant hereby demands that this case be tried to a jury comprised of maximum allowable by law.

*/s/ Thomas N. Spyker*
Thomas N. Spyker              (0098075)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was filed and served by operation of this Court's electronic filing system, this 3rd day of April 2024 upon all parties of record.

*/s/ Thomas N. Spyker*
Thomas N. Spyker              (0098075)