**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**


| | | |
|---|---|---|
| ADAM JOSHUA BOEY, | ) | CASE NO. 1:24-cv-00232-JDG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| BRUNSWICK HILLS TOWNSHIP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **ORDER OF REFERRAL** |

By agreement of the parties, the above captioned case is referred to United States Magistrate Judge Jennifer D. Armstrong pursuant to Fed. R. Civ. P. 72(a) and Loc. R. 72.2 for a mediation conference to be conducted on July 8, 2025. If the parties are unavailable on July 8, 2025, counsel shall file a joint motion to continue the mediation and provide three agreed upon dates within two weeks of July 8, 2025. Counsel shall receive further instructions from Judge Armstrong's chambers.

The parties shall file a joint status report one week following the conclusion of the mediation conference. If the matter is not resolved, the Court will proceed with further scheduling.

IT IS SO ORDERED.

　*s/ Jonathan D. Greenberg*　　　
Jonathan D. Greenberg
United States Magistrate Judge

Date: June 4, 2025