# IN THE US DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ADAM JOSHUA BOEY,** | : | **CASE NO. 1:24-CV-00232** |
| **Plaintiff,** | : | **MAG. JUDGE JONATHAN D. GREENBERG** |
| vs. | : | |
| | : | **STIPULATED NOTICE OF DISMISSAL** |
| **BRUNSWICK HILLS TOWNSHIP, et al.** | : | |
| **Defendants.** | : | |

NOW COME THE PARTIES, by and through their undersigned counsel, and do hereby stipulate and provide notice that the within matter has been settled with respect to all claims against Defendants and the matter should be dismissed with prejudice. The Court to retain jurisdiction to enforce the terms of the settlement agreement. Parties to bear their own costs and attorneys' fees.

Respectfully Submitted,

/s/ *Peter G. Pattakos*    (10.06.2025)
Peter G. Pattakos (0082884)
Gregory Gipson (0089340)
Zoran Balac (0100501)
The Pattakos Law Firm LLC
5324 Fleet Ave.
Cleveland, Ohio 44105
Email:   peter@pattakoslaw.com
              ggipson@pattakoslaw.com
              zabalac@pattakoslaw.com
**Attorneys for Plaintiff, Adam Joshua Boey**

/s/ *Mel L. Lute, Jr.*
Gregory A. Beck (0018260)
Mel L. Lute, Jr. (0046752)
BAKER | DUBLIKAR
400 South Main Street
North Canton, Ohio  44720
Telephone:  (330) 499-6000
Telecopier:  (330) 499-6423
Email:      beck@bakerfirm.com
            lute@bakerfirm.com
**Counsel for Defendants, Brunswick Hills Township and Theodore A. Makrinos**


/s/ *Thomas N. Spyker*  10/06/2025
Thomas N. Spyker (0098075)
Patrick Kasson (0055570)
Reminger Co., LPA
200 Civic Center Dr., 8th Fl.
Columbus, Ohio 43215
Email:      tspyker@reminger.com
            pkasson@reminger.com
**Attorneys for Defendant, Officer Przemyslaw Piekut**