APPROVED.
IT IS SO ORDERED.
s/Jonathan D. Greenberg
United States Magistrate Judge
Dated: <u>10/7/2025</u>

IN THE US DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ADAM JOSHUA BOEY,** | : | CASE NO. 1:24-CV-00232 |
| | : | |
| Plaintiff, | : | MAG. JUDGE JONATHAN D. GREENBERG |
| | : | |
| vs. | : | |
| | : | **STIPULATED NOTICE OF DISMISSAL** |
| **BRUNSWICK HILLS TOWNSHIP,** et al. | : | |
| | : | |
| Defendants. | : | |

NOW COME THE PARTIES, by and through their undersigned counsel, and do hereby stipulate and provide notice that the within matter has been settled with respect to all claims against Defendants and the matter should be dismissed with prejudice. The Court to retain jurisdiction to enforce the terms of the settlement agreement. Parties to bear their own costs and attorneys' fees.

Respectfully Submitted,

/s/ *Peter G. Pattakos*  (10.06.2025)
Peter G. Pattakos (0082884)
Gregory Gipson (0089340)
Zoran Balac (0100501)
The Pattakos Law Firm LLC
5324 Fleet Ave.
Cleveland, Ohio 44105
Email:  peter@pattakoslaw.com
   ggipson@pattakoslaw.com
   zabalac@pattakoslaw.com
**Attorneys for Plaintiff, Adam Joshua Boey**

1